

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 25, 2013



Hon. J. Paul Oetken
United States District Judge
United States Courthouse
40 Centre Street
New York, New York 10007

      Re:    *United States v. Ross William Ulbricht, et al.*, 13 Civ. 6919 (JPO)

Dear Judge Oetken:

      On October 24, 2013, upon the sealed application of the United States in the above-captioned case, Your Honor entered a sealed post-complaint protective order with respect to certain Bitcoins, pursuant to 18 U.S.C. § 983(j)(1) (the "Second Application" and the "Second Protective Order," respectively).  More specifically, the Second Protective Order authorized the United States to transfer any and all Bitcoins found on certain computer hardware belonging to Ross William Ulbricht, the Defendant in Personam, to Bitcoin addresses controlled by the United States, pending the outcome of the civil forfeiture action.  Since yesterday, federal law enforcement agents have transferred approximately 144,336 Bitcoins from Ulbricht's computer hardware, worth approximately $26 million at today's exchange rates, pursuant to the Second Protective Order.

      As the seizure of a large quantity of Bitcoins from Ulbricht's computer hardware is now complete, the United States respectfully requests that this Court: (1) unseal the Second Protective Order, and (2) unseal and approve the filing of a redacted version of the Second Application (copies of which are enclosed herewith).  The redactions in the Second Application were made in order to protect the ongoing investigation.

                                                                          Respectfully,

                                                                          PREET BHARARA
                                                                          United States Attorney

                                       By: _____
                                           CHRISTINE MAGDO (212-637-2297)

SO ORDERED
this 25 day of October, 2013

_____
HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE
                                               Assistant United States Attorney