UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                :

UNITED STATES OF AMERICA,        :        13 Civ. 6919 (JPO)
                                                :        <u>Electronically Filed</u>

               Plaintiff,          :
                                                :        NOTICE OF APPEARANCE AND
                – *v.* –                :        REQUEST FOR
                                                :        <u>ELECTRONIC NOTIFICATION</u>

ROSS WILLIAM ULBRICHT,          :
                                                :
               Defendant,        :
                                                :
ANY AND ALL ASSETS OF SILK ROAD  :
INCLUDING BUT NOT LIMITED TO
THE SILK ROAD HIDDEN WEBSITE    :
AND ANY AND ALL BITCOINS
CONTAINED IN WALLET FILES        :
RESIDING ON SILK ROAD SERVERS  :
ASSIGNED THE FOLLOWING
INTERNET PROTOCOL ADDRESSES   :
46.183.219.244; 109.163.234.40;
193.107.86.34; 193.107.86.49;          :
207.106.6.25; AND 207.106.6.32;    :
                                                :
And all property traceable thereto,    :
                                                :
               Defendant-in-rem.   :
--------------------------------------------------------x

       Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of ROSS WILLIAM ULBRICHT and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated:  New York, New York
           December 12, 2013

          Respectfully submitted,

          /s/ Joshua L. Dratel
          Joshua L. Dratel, Esq.
          JOSHUA L. DRATEL, P.C.
          29 Broadway, Suite 1412
          New York, NY 10006
          T: (212) 732-0707
          F: (212) 571-3792
          jdratel@joshuadratel.com

          *Attorney for Defendant Ross William Ulbricht*

cc:    all counsel (via ECF)