UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                                  :

UNITED STATES OF AMERICA,        :         13 Civ. 6919 (JPO)
                                                  :         <u>Electronically Filed</u>

              Plaintiff,                     :

                                                   :         <u>NOTICE OF APPEARANCE AND</u>
            – v. –                            :         <u>REQUEST FOR</u>
                                                   :         <u>ELECTRONIC NOTIFICATION</u>

ROSS WILLIAM ULBRICHT,          :

                                                 :

              Defendant,                 :

                                               :

ANY AND ALL ASSETS OF SILK ROAD :
INCLUDING BUT NOT LIMITED TO
THE SILK ROAD HIDDEN WEBSITE     :
AND ANY AND ALL BITCOINS
CONTAINED IN WALLET FILES          :
RESIDING ON SILK ROAD SERVERS
ASSIGNED THE FOLLOWING             :
INTERNET PROTOCOL ADDRESSES
46.183.219.244; 109.163.234.40;         :
193.107.86.34; 193.107.86.49;
207.106.6.25; AND 207.106.6.32;        :

And all property traceable thereto,      :

              Defendant-in-rem.    :
--------------------------------------------------------x

      Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of defendant-claimant ROSS WILLIAM ULBRICHT and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated:  New York, New York
         December 12, 2013

        Respectfully submitted,

          /s/ Joshua L. Dratel
        Joshua L. Dratel, Esq.
        JOSHUA L. DRATEL, P.C.
        29 Broadway, Suite 1412
        New York, NY 10006
        T: (212) 732-0707
        F: (212) 571-3792
        jdratel@joshuadratel.com

        *Attorney for Defendant Ross William Ulbricht*

cc: all counsel (via ECF)