PREET BHARARA
United States Attorney for the
Southern District of New York
By: CHRISTINE I. MAGDO
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2297

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

ROSS WILLIAM ULBRICHT,
  a/k/a "Dread Pirate Roberts,"
  a/k/a "DPR,"
  a/k/a "Silk Road,"

        Defendant,

ANY AND ALL ASSETS OF SILK ROAD, INCLUDING
BUT NOT LIMITED TO THE SILK ROAD HIDDEN
WEBSITE AND ANY AND ALL BITCOINS CONTAINED
IN WALLET FILES RESIDING ON SILK ROAD
SERVERS, INCLUDING THE SERVERS ASSIGNED
THE FOLLOWING INTERNET PROTOCOL
ADDRESSES: 46.183.219.244;
109.163.234.40; 193.107.86.34;
193.107.86.49; 207.106.6.25; AND
207.106.6.32;

And all property traceable thereto,

        Defendants-in-rem.

CLERK'S CERTIFICATION

No. 13 Civ. 6919 (JPO)

ECF Case

    I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, hereby certify that the docket entries in the above-captioned case indicate that the verified

complaint herein was filed on September 30, 2013, and that proof of publication was filed in the Clerk's office on January 2, 2014. No party has filed a claim or answer or otherwise moved with respect to THE SILK ROAD HIDDEN WEBSITE and ANY AND ALL BITCOINS CONTAINED IN WALLET FILES RESIDING ON SILK ROAD SERVERS, INCLUDING THE SERVERS ASSIGNED THE FOLLOWING INTERNET PROTOCOL ADDRESSES: 46.183.219.244; 109.163.234.40; 193.107.86.34; 193.107.86.49; 207.106.6.25; AND 207.106.6.32 (the "SILK ROAD SERVER BITCOINS"), and the time to file a claim with respect to the SILK ROAD HIDDEN WEBSITE and THE SILK ROAD SERVER BITCOINS has expired. The default of all persons with respect to the SILK ROAD HIDDEN WEBSITE and THE SILK ROAD SERVER BITCOINS is hereby noted.

Dated: New York, New York
January 9, 2014

RUBY J. KRAJICK
CLERK OF THE COURT