PREET BHARARA
United States Attorney for the
Southern District of New York
By:  CHRISTINE I. MAGDO
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2297

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    -against-<br><br>ROSS WILLIAM ULBRICHT,<br>  a/k/a "Dread Pirate Roberts,"<br>  a/k/a "DPR,"<br>  a/k/a "Silk Road,"<br><br>          Defendant,<br><br>ANY AND ALL ASSETS OF SILK ROAD, INCLUDING BUT NOT LIMITED TO THE SILK ROAD HIDDEN WEBSITE AND ANY AND ALL BITCOINS CONTAINED IN WALLET FILES RESIDING ON SILK ROAD SERVERS, INCLUDING THE SERVERS ASSIGNED THE FOLLOWING INTERNET PROTOCOL ADDRESSES: 46.183.219.244; 109.163.234.40; 193.107.86.34; 193.107.86.49; 207.106.6.25; AND 207.106.6.32;<br><br>And all property traceable thereto,<br><br>          Defendants-in-rem. | GOVERNMENT'S MOTION FOR ENTRY OF PARTIAL JUDGMENT BY DEFAULT AND ORDER OF FORFEITURE<br><br>No. 13 Civ. 6919 (JPO)<br><br>ECF Case |

Upon the accompanying declaration of Christine I. Magdo,

Assistant United States Attorney, dated January 9, 2014, together

with its Exhibits, including the Clerk's Certification, plaintiff

United States of America by and through its attorney, Preet Bharara,

United States Attorney for the Southern District of New York,

respectfully moves the Court for entry of a Partial Judgment by

Default and Order of Forfeiture in the above-referenced case,

pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

No previous request for the relief sought has been made.

Dated:    New York, New York
          January 9, 2014

                              Respectfully Submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Plaintiff
                              United States of America

                    By:  _____
                              CHRISTINE I. MAGDO
                              Assistant United States Attorney
                              One St. Andrew's Plaza
                              New York, New York 10007
                              Telephone: (212) 637-2297