**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2013

**By Federal Express**
Joshua Dratel, Esq.
Law Offices of Joshua L. Dratel P.C.
29 Broadway, Suite 1412
New York, NY 1006

Re:    U.S. v. Ross William Ulbricht, et al.
       13 Civ. 6919 (JPO)

Dear Mr. Dratel:

This letter is to advise you that on September 30, 2013, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced defendants-in-rem, pursuant to 18 U.S.C. §§ 981(a)(1)(A). A copy of the Complaint in this action, as well as the SDNY Electronic Case Filing Rules & Instruction, and the Individual Rules of Practice for the Honorable J. Paul Oetken, are enclosed.

Should you or your client wish to contest the forfeiture, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days after the date of this letter. Thereafter, within twenty (20) days after filing a claim, you must file your answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which you may have pending, and failure to do so could result in the entry of a default judgment against the property.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Christine I. Magdo
Assistant United States Attorney
Tel. No.: (212) 637-2297
Fax No.: (212) 637-0421

Enclosures
(Verified Complaint; SDNY Electronic Case Filing Rules & Instructions; and Individual Rules of Practice for the Honorable J. Paul Oetken)