PREET BHARARA
United States Attorney for the
Southern District of New York
By: CHRISTINE I. MAGDO
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2297

- - - - - - - - - - - - - - - - - x

UNITED STATES DISTRICT COURT :
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA, :

        Plaintiff, :   DECLARATION OF
                                PUBLICATION

   - v. - :   No. 13 Civ. 6919 (JPO)

ROSS WILLIAM ULBRICHT, :   ECF Case
  a/k/a "Dread Pirate Roberts,"
  a/k/a "DPR,"
  a/k/a "Silk Road," :

        Defendant, :

ANY AND ALL ASSETS OF SILK ROAD,
INCLUDING BUT NOT LIMITED TO THE :
SILK ROAD HIDDEN WEBSITE AND ANY AND
ALL BITCOINS CONTAINED IN WALLET :
FILES RESIDING ON SILK ROAD
SERVERS, INCLUDING THE SERVERS :
ASSIGNED THE FOLLOWING INTERNET
PROTOCOL ADDRESSES: :
46.183.219.244; 109.163.234.40;
193.107.86.34; 193.107.86.49; :
207.106.6.25; AND 207.106.6.32;
:
And all property traceable thereto,
:

        Defendants-in-rem. :

- - - - - - - - - - - - - - - - - x

I, CHRISTINE I. MAGDO, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

That attached to this declaration are (1) a true and correct copy of a notice of civil forfeiture in this action, (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 18, 2013 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

That both documents referenced-above were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
January 2, 2014

_____
CHRISTINE I. MAGDO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## COURT CASE NUMBER: 13 CV. 6919; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

Any and all assets of Silk Road, including but not limited to Silk Road Hidden Website. (13-FBI-007031)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Addresses 46.183.219.244. (13-FBI-007042)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Address: 109.163.234.40. (13-FBI-007046)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Address: 193.107.86.34. (13-FBI-007047)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Address: 193.107.86.49. (13-FBI-007049)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Address: 207.106.6.25. (13-FBI-007050)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Address: 207.106.6.32. (13-FBI-007051)

Any and all assets of Silk Road, including but not limited to 27,618.69843, Silk Road Market Place Bitcoins as of block chain Account Number 262280 which was seized on or about October 02, 2013. (14-FBI-000042)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (October 18, 2013) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY 10007, and copies of each served upon Assistant United States Attorney Christine Magdo, One St. Andrew's Plaza, New York, NY 10007, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 18, 2013 and November 16, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Ross William Ulbricht, Silk Road et. al

**Court Case No:** 13 CV. 6919
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/18/2013 | 24.0 | Verified |
| 2 | 10/19/2013 | 24.0 | Verified |
| 3 | 10/20/2013 | 24.0 | Verified |
| 4 | 10/21/2013 | 24.0 | Verified |
| 5 | 10/22/2013 | 24.0 | Verified |
| 6 | 10/23/2013 | 24.0 | Verified |
| 7 | 10/24/2013 | 24.0 | Verified |
| 8 | 10/25/2013 | 23.9 | Verified |
| 9 | 10/26/2013 | 24.0 | Verified |
| 10 | 10/27/2013 | 24.0 | Verified |
| 11 | 10/28/2013 | 24.0 | Verified |
| 12 | 10/29/2013 | 24.0 | Verified |
| 13 | 10/30/2013 | 24.0 | Verified |
| 14 | 10/31/2013 | 24.0 | Verified |
| 15 | 11/01/2013 | 24.0 | Verified |
| 16 | 11/02/2013 | 24.0 | Verified |
| 17 | 11/03/2013 | 24.0 | Verified |
| 18 | 11/04/2013 | 24.0 | Verified |
| 19 | 11/05/2013 | 24.0 | Verified |
| 20 | 11/06/2013 | 24.0 | Verified |
| 21 | 11/07/2013 | 24.0 | Verified |
| 22 | 11/08/2013 | 23.9 | Verified |
| 23 | 11/09/2013 | 24.0 | Verified |
| 24 | 11/10/2013 | 24.0 | Verified |
| 25 | 11/11/2013 | 24.0 | Verified |
| 26 | 11/12/2013 | 24.0 | Verified |
| 27 | 11/13/2013 | 24.0 | Verified |
| 28 | 11/14/2013 | 24.0 | Verified |
| 29 | 11/15/2013 | 24.0 | Verified |
| 30 | 11/16/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.