PREET BHARARA
United States Attorney for the
Southern District of New York
By: CHRISTINE I. MAGDO
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2297

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>ROSS WILLIAM ULBRICHT,<br>   a/k/a "Dread Pirate Roberts,"<br>   a/k/a "DPR,"<br>   a/k/a "Silk Road,"<br><br>       Defendant,<br><br>ANY AND ALL ASSETS OF SILK ROAD, INCLUDING BUT NOT LIMITED TO THE SILK ROAD HIDDEN WEBSITE AND ANY AND ALL BITCOINS CONTAINED IN WALLET FILES RESIDING ON SILK ROAD SERVERS, INCLUDING THE SERVERS ASSIGNED THE FOLLOWING INTERNET PROTOCOL ADDRESSES: 46.183.219.244; 109.163.234.40; 193.107.86.34; 193.107.86.49; 207.106.6.25; AND 207.106.6.32;<br><br>And all property traceable thereto,<br><br>       Defendants-in-rem. | <u>NOTICE</u><br><br>No. 13 Civ. 6919 (JPO)<br><br>ECF Case |

       The attached legal papers are being served on you because you have failed to file a verified claim asserting an ownership interest in the Silk Road Hidden Website and the Computer Hardware

Bitcoins.  If you do not file a verified claim asserting an ownership interest in the Silk Road Hidden Website and the Computer Hardware Bitcoins on or before January 30, 2014, the court will enter a default judgment with respect to the Silk Road Hidden Website and the Computer Hardware Bitcoins. If you are a corporation, you can only appear through an attorney. If you are an individual, you may appear by an attorney or appear yourself pro se. In either event, you must take some action or a partial judgment will be entered against the Silk Road Hidden Website and the Computer Hardware Bitcoins. Entry of a partial judgment may result in a levy against your property.

Dated:   New York, New York
         January 9, 2014

                              By: _____
                                  CHRISTINE I. MAGDO
                                  Assistant United States Attorney
                                  One St. Andrew's Plaza
                                  New York, New York 10007
                                  Telephone: (212) 637-2297