UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

ROSS WILLIAM ULBRICHT,
  a/k/a "Dread Pirate Roberts,"
  a/k/a "DPR,"
  a/k/a "Silk Road,"

        Defendant,

ANY AND ALL ASSETS OF SILK ROAD, INCLUDING BUT NOT LIMITED TO THE SILK ROAD HIDDEN WEBSITE AND ANY AND ALL BITCOINS CONTAINED IN WALLET FILES RESIDING ON SILK ROAD SERVERS, INCLUDING THE SERVERS ASSIGNED THE FOLLOWING INTERNET PROTOCOL ADDRESSES: 46.183.219.244; 109.163.234.40; 193.107.86.34; 193.107.86.49; 207.106.6.25; AND 207.106.6.32;

And all property traceable thereto,

        Defendants-in-rem.

---

CERTIFICATE OF SERVICE

No. 13 Civ. 6919 (JPO)

ECF Case

---

    Karyn Leon-Matovick deposes and says:

    1.    I am a contract employee working as a paralegal in the Asset Forfeiture Unit in the Office of Preet Bharara, United States Attorney for the Southern District of New York, attorney for the plaintiff herein.

1

2.   On January 9, 2014, I served Joshua Dratel, Esq., counsel to the Defendant and Claimant Ross William Ulbricht by electronic mail the following: (1) a Notice pursuant to the Court's individual practices, (2) the Government's Motion for Entry of Partial Judgment by Default and Order of Forfeiture, dated January 9, 2014, and (3) Declaration in Support of Partial Judgment by Default and Order of Forfeiture (with exhibits), dated January 9, 2014.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated:   New York, New York
         January 9, 2014

*Karyn Leon-Matovick* (signature)
KARYN LEON-MATOVICK