

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 9, 2014

**BY HAND DELIVERY**

Hon. J. Paul Oetken
United States District Judge
United States Courthouse
40 Centre Street
New York, New York 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/14

Re:   *United States v. Ross William Ulbricht, et al.*, 13 Civ. 6919 (JPO)

Dear Judge Oetken:

   Enclosed for Your Honor's consideration is a courtesy copy of the Government's Motion for a Partial Judgment by Default and Order of Forfeiture, which was filed on ECF today. The Government is seeking a Partial Judgment by Default against certain Defendants in Rem, namely the Silk Road Hidden Website and the Silk Road Server Bitcoins, on the basis that no verified claim asserting an interest in these assets was filed prior to the expiration of the deadline for filing such a claim. The Silk Road Hidden Website and the Silk Road Server Bitcoins are the only two Defendants in Rem specifically named in the caption of this Complaint. In the event the Court grants the Government's motion and enters judgment against the Silk Road Hidden Website and the Silk Road Server Bitcoins, the Government respectfully requests that the Court allow amendment of the caption of the case to reflect the entry of such judgment and to avoid confusion by (1) deleting the reference to the Silk Road Hidden Website and the Silk Road Server Bitcoins from the caption; and (2) adding the Computer Hardware Bitcoins, as property traceable to the Silk Road Hidden Website, to the caption.

*The caption is hereby amended accordingly.*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
CHRISTINE MAGDO (212-637-2297)
Assistant United States Attorney

SO ORDERED
this  15  day of  Jan. , 2014

_____
HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

cc:   Joshua Dratel, Esq. (via email)
      *Counsel to Defendant and Claimant Ross William Ulbricht*