UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
           Plaintiff,          :
                                           :
      -v-                          :
                                           :  13 Civ. 6919 (JPO)
ROSS WILLIAM ULBRICHT,                     :
                                           :
           Defendant,          :
                                           :
ANY AND ALL ASSETS OF SILK ROAD,           :
                                           :
           Defendants-in-rem.  :
------------------------------------------------------------ X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 1/29/2014

J. PAUL OETKEN, District Judge:

      The application at docket number 5 has already been acted upon. Accordingly, the Clerk of the Court is directed to close the motion.

SO ORDERED.

Dated:  New York, New York
          January 29, 2014

                                            _____
                                               J. PAUL OETKEN
                                          United States District Judge