```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 21, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                        :
                                                 :
                  Plaintiff,                :
                                                 :
                  -v-                       :
                                                 :
ROSS WILLIAM ULBRICHT,                           :
   a/k/a "Dread Pirate Roberts,"                 :   13-cv-6919 (KBF)
   a/k/a "DPR,"                                  :
   a/k/a "Silk Road,"                            :
                                                 :
                  Defendant,                :         ORDER
                                                 :
ANY AND ALL ASSETS OF SILK ROAD,                 :
                                                 :
And All Property Traceable Thereto, Including    :
but not limited to the BITCOINS LOCATED          :
ON ULBRICHT'S COMPUTER HARDWARE,                 :
                                                 :
                  Defendants-in-rem.        :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      This civil forfeiture action has been reassigned to the undersigned.  In light of the disposition of the related criminal case at the trial court level, the stay of this action is hereby lifted.  The parties shall inform the Court as to their views regarding the appropriate next steps not later than **Friday, July 24, 2015**.

      SO ORDERED.

Dated:     New York, New York
             July 21, 2015

                                                _____
                                                KATHERINE B. FORREST
                                                United States District Judge