U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 27 2015

July 24, 2015

**BY ECF**
Honorable Katherine B. Forrest
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   **United States v. Ulbricht et al., 13 Civ. 6919 (KBF)**

Dear Judge Forrest:

The parties in the above-captioned civil forfeiture action jointly submit this letter in response to the Court's order dated July 21, 2015, in order to inform the Court as to their views regarding appropriate next steps. The parties respectfully propose the following next steps:

- The Government shall serve Ulbricht with special interrogatories pursuant to Rule G(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims not later than August 10, 2015.
- Ulbricht shall respond to the Government's special interrogatories and file an answer to the complaint not later than August 31, 2015.
- The parties shall appear for a status conference with the Court on Wednesday, September 9, 2015 (in the morning); on Friday, September 11, 2015; or at any other time that the Court may set.

Respectfully submitted,

PREET BHARARA
United States Attorney

by: _____/s/_____
Christine I. Magdo
Assistant United States Attorney
(212) 637-2297

cc: Joshua Dratel, Esq.
    *Counsel for Ross Ulbricht*

Ordered

1. So ordered re next steps.
2. Telephonic status conference scheduled for 9/9/15 at 8:30 am.

K.B. Forrest
USDJ
7/27/15