UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA,                              :        13 Civ. 6919 (KBF)
                                                       :
                            Plaintiff,                 :        VERIFIED RESPONSE, PURSUANT
                                                       :        TO RULE G(6) OF THE SUPPLEMENTAL
             – v. –                                    :        RULES FOR CERTAIN ADMIRALTY
                                                       :        OR MARITIME CLAIMS AND
ROSS WILLIAM ULBRICHT,                                 :        ASSET FORFEITURE ACTIONS,
                                                       :        TO THE GOVERNMENT'S FIRST
                            Defendant,                 :        SET OF SPECIAL INTERROGATORIES
                                                       :        TO ROSS ULBRICHT
                                                       :
ANY AND ALL ASSETS OF SILK ROAD;:
                                                       :
And All Property Traceable Thereto,                    :
Including But Not Limited to the                       :
BITCOINS LOCATED ON ULBRICHT's                         :
COMPUTER HARDWARE,                                     :
                                                       :
                            Defendant-in-rem.          :
-------------------------------------------------------x

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )

       Claimant Ross Ulbricht (hereinafter referred to as "Claimant"), being duly sworn,

deposes and says:

       1.  I submit this Verified Response to the Government's First Set of Special

Interrogatories To Ross Ulbricht pursuant to Rule G of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions.

**A.     *General Objections to the Government's First
         Set of Special Interrogatories To Ross Ulbricht***

       2.  Claimant objects generally to the Government's First Set of Special Interrogatories To

                                                  1

Ross Ulbricht to the extent that they require Claimant to answer any interrogatories until his appeal from his criminal conviction is decided (during which time he retains his Fifth Amendment rights with respect to the allegations therein).  Accordingly, it is Claimant's position that any requirement to answer the Special Interrogatories should be deferred until after Claimant's appeal is decided.[1]  There is also not any prejudice to the government, as Claimant has already consented to the sale of the Bitcoins in order to ensure maximum value is obtained for them.

    3. Claimant asserts that the aforementioned General Objection to the Government's First Set of Special Interrogatories To Ross Ulbricht is incorporated by reference in the Response as though fully set forth therein.

**B.**      ***Response to the Government's First Set of Special Interrogatories To Ross Ulbricht***

**Interrogatory #1:**    For each year from 2003 through 2014, state your total annual income and whether you filed federal and state income tax returns. If you have filed tax returns, state the total income listed for each year, the years for which said returns were filed and identify each person having custody or control of any copies thereof.

**Response to Interrogatory #1:**

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #2:**    Explain, with specificity, the basis for the assertion made in paragraph 2 of the Claim that you have "an interest as owner and/or possessor" in the Computer

---

[1] Should Claimant's appeal be successful, the primary basis for the government's claim to the Bitcoins at issue, and, concurrently, its basis for lifting the stay in this case, would be eliminated.

Hardware Bitcoins, including but not limited to how and when you became the "owner" and "possessor" of the Computer Hardware Bitcoins.

**Response to Interrogatory #2:**

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #3:**   If you contend that you purchased any portion of the Computer Hardware Bitcoins, state, with specificity, the number of bitcoins purchased, the source of the funds that you used for such purchase, and identify the person or entity from whom you purchased those Computer Hardware Bitcoins. State the dates on which you purchased those Computer Hardware Bitcoins, the method of payment, and the amount of payment.

**Response to Interrogatory #3:**

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #4:**   If you contend that you received any portion of the Computer Hardware Bitcoins as a gift, identify the person or entity from whom you received those Computer Hardware Bitcoins and state the number of bitcoins received, the date on which you received them, and the reason for the gift.

**Response to Interrogatory #4:**

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #5:**   If you contend that you acquired any portion of the Computer Hardware Bitcoins in exchange for goods or services that you provided, state the number of

3

bitcoins so acquired, and explain, with specificity, the nature of the goods or services you provided. Identify each customer of the goods or services you provided, state the date on which you provided goods or services to each customer, the amount you were paid in exchange, and the method of payment.

### Response to Interrogatory #5:

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #6:**   If you contend that any portion of the Computer Hardware Bitcoins was earned by employment, identify the employer, and state the number of bitcoins so earned, the inclusive dates of employment, the job description and position/title at each business, the reasons for leaving the employment, and the amount of gross and net monthly salary for each position.

### Response to Interrogatory #6:

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #7:**   If you contend that any portion of the Computer Hardware Bitcoins was derived from your ownership or operation of a business, identify each business, state the number of bitcoins so derived; your interest/relationship in each business (e.g. sole proprietorship, partnership, employee, etc.); the name of partner or supervisor of each business; the inclusive dates of employment; the job description and position/title at each business; and the amount of gross and net monthly salary for each position.

### Response to Interrogatory #7:

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer

4

this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #8:**   If you contend that any portion of the Computer Hardware Bitcoins was deriving from your own bitcoin mining activities, state the number of bitcoins so derived, the dates on which such Computer Hardware Bitcoins were mined, and explain, with specificity, the computer hardware and software you used to mine the bitcoins. Explain the source of electricity for the mining operations, the monthly cost of electricity for the mining operations, and the source of funds you used to pay for the electricity.

**Response to Interrogatory #8:**

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #9:**   If you contend that any portion of the Computer Hardware Bitcoins was derived from your participation in a bitcoin mining pool, identify such pool, and state the number of bitcoins so derived, the dates of your participation in that pool, your contribution in terms of computer power to such pool, your fractional share of the bitcoins mined, and the dates of your receipt of those Computer Hardware Bitcoins.

**Response to Interrogatory #9:**

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #10:**   If you contend that any portion of the Computer Hardware Bitcoins is traceable to another asset, please describe that asset with specificity, the sources of funds used to acquire that asset and the number of bitcoins so acquired.

**Response to Interrogatory #10:**

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #11:**   Explain, with specificity, the basis for the assertion made in paragraph 3 of the Claim that the Computer Hardware Bitcoins are not "subject to seizure or forfeiture."

**Response to Interrogatory #11:**

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #12**:   Identify each person who has knowledge or claims to have knowledge of the facts that you contend support or tend to support your claims in this action. For each person so identified, describe the substance of the facts known by that person.

**Response to Interrogatory #12:**

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #13**:   Identify all documents concerning your ownership or possession of the Computer Hardware Bitcoins, and attach any such documents in your possession, custody or control.

**Response to Interrogatory #13:**

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer this interrogatory until after my appeal from my criminal conviction(s) has been decided.

**Interrogatory #14**:   Identify each person having custody of any and all documents, not heretofore mentioned in plaintiff's discovery requests, which relate to any fact or material

relevant to your identity and relationship to the Computer Hardware Bitcoins and/or able to

substantiate any of the answers made to Plaintiff's Special Interrogatories. Also, please attach a

copy of said documents or other written or physical evidence to your answer to these

interrogatories.

### Response to Interrogatory #14:

On the advice of my counsel, I exercise my Fifth Amendment right and decline to answer

this interrogatory until after my appeal from my criminal conviction(s) has been decided.


Ross William Ulbricht

Sworn to before me this day
31st day of August, 2015

Notary Public


Lindsay Lewis
NOTARY PUBLIC, State of New York
No. 02LE6267259
Qualified in New York County
Commission Expires: Aug. 13 2016


Respectfully Submitted,


  /S/ Lindsay A. Lewis
LINDSAY A. LEWIS
JOSHUA L. DRATEL, P.C.
29 Broadway, Suite 1412
New York, New York 10006
(212) 732-0707

*Attorneys for Defendant Ross Ulbricht*

VERIFICATION

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )


     I, Ross William Ulbricht, declare under penalty of perjury that the statements set forth in the attached Response are true and correct to the best of my knowledge, information, and belief.


_____

Ross William Ulbricht


Sworn to before me this
31st day of August, 2015

_____
Notary Public

Lindsay Lewis
NOTARY PUBLIC, State of New York
No. 02LE6267259
Qualified in New York County
Commission Expires: Aug. 13 _____ 2016

8

CERTIFICATE OF SERVICE

This is to certify that, on August 31, 2015, a true and correct copy of the foregoing Verified Response, Pursuant to Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, to the Government's First Set of Special Interrogatories was mailed, postage prepaid, by depositing a true copy thereof in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to

      Christine Magdo, Esq.
      Assistant United States Attorney
      Southern District of New York
      One St. Andrews Plaza
      New York, New York 10007

                            Lindsay A. Lewis, Esq.

Dated: New York, New York
       August 31, 2015