UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
            Plaintiff,              :      13 Civ. 6919 (KBF)
                                    :
      – v. –                         :      Electronically Filed
                                    :
ROSS WILLIAM ULBRICHT,              :      NOTICE OF APPEARANCE
                                    :      AND REQUEST FOR
            Defendant,              :      ELECTRONIC NOTIFICATIONS
                                    :
ANY AND ALL ASSETS OF SILK ROAD;    :
                                    :
And All Property Traceable Thereto, :
Including But Not Limited to the    :
BITCOINS LOCATED ON ULBRICHT's      :
COMPUTER HARDWARE,                  :
                                    :
            Defendant-in-rem.       :
--------------------------------------------------------x

      Please take notice that Lindsay A. Lewis, Esq., hereby appears in this action on behalf of ROSS ULBRICHT and respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  New York, New York
         September 1, 2015

                                                        Respectfully submitted,

                                                        /s/Lindsay A. Lewis
                                                       Lindsay A. Lewis
                                                       JOSHUA L. DRATEL, P.C.
                                                       29 Broadway, Suite 1412
                                                       New York, New York 10006
                                                       (212) 732-0707
                                                       llewis@joshuadratel.com

                                                       *Attorney for Defendant Ross Ulbricht*