```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 15, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                      :

UNITED STATES OF AMERICA          :

                                                      :          13-cv-6919 (KBF)

                -v-                                :

                                                      :                <u>ORDER</u>

ROSS WILLIAM ULBRICHT,          :

                        Defendant.       :

------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

      The Court has received inquiries from the press regarding the status conference scheduled for Wednesday, September 16, 2015 at 5:15 p.m.  The Court will either hold the conference in open court if parties can attend in person, or in the alternative, parties shall provide a public dial-in number for the conference.  Parties shall inform the Court not later than **September 16, 2015, at 10:00 a.m.** as to whether they are available for an in-person conference.  If parties are not available for an in-person conference, they shall post a public dial-in number to ECF.

      SO ORDERED.

Dated:      New York, New York
               September 15, 2015

                                                                               KATHERINE B. FORREST
                                                                               United States District Judge