**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                         STEVEN WRIGHT
—                                                                         *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

September 15, 2015

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Ross Ulbricht*,
                          13 Civ. 6919 (KBF)

Dear Judge Forrest:

      This letter is submitted on behalf of Ross Ulbricht, Claimant in the above-entitled civil forfeiture action, whom I represent along with Joshua L. Dratel, Esq., in response to the Court's September 15, 2015, Order relating to the telephonic conference scheduled for September 16, 2015, at 5:15 p.m. As per that Order the parties are to inform the Court not later than September 16, 2015, at 10 a.m., as to whether they are available for an in-person conference. Alternatively, if the parties are not available for an in-person conference, the parties are to post a public dial-in number to ECF. For the reasons set forth below, neither an in–person conference at 5:15 p.m., tomorrow, September 15, 2015, nor a telephonic conference with a public dial-in number are feasible, and it is therefore jointly requested by both parties that the Court adjourn the conference to a later date, to be determined in consultation with the Court.

      With regard to whether the parties are available for an in-person conference, I have spoken with Assistant United States Attorney Christine I. Magdo and she has informed me that she has another commitment in the Eastern District of New York that would prevent the government from appearing for an in-person conference. While Mr. Dratel is not available today because he is observing the Jewish holiday of Rosh Hashonah, I have consulted his calendar and it appears that he also would not be able to appear in-person tomorrow at the appointed time.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
September 15, 2015
Page 2 of 2

In light of the fact that the parties are not available to appear for an in-person conference, I consulted with AUSA Magdo regarding the possibility of proving a public dial-in number for the telephonic conference. Neither the government nor the defense have the capability to provide a public dial-in number for the telephonic conference call.

Accordingly, as set forth **ante**, is respectfully requested that the Court adjourn the conference to a new date. The parties will seek to confer with the Court regarding a new date, tomorrow, September 16, 2015. Also, as set forth **ante**, I have spoken with AUSA Christine Magdo and she joins in this request.

Respectfully submitted,

Lindsay A. Lewis

LAL/

cc: Christine I. Magdo
    Assistant United States Attorney