```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 17, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                              :

UNITED STATES OF AMERICA          :

                                                              :                13-cv-6919 (KBF)

                         -v-                       :

                                                                :                    <u>ORDER</u>

ROSS WILLIAM ULBRICHT,             :
                        Defendant.   :

------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

      The next status conference in this action shall occur in person on **Monday, September 21, 2015, at 5:15 p.m.**

      SO ORDERED.

Dated:      New York, New York
              September 17, 2015

                                                        _____
                                                             KATHERINE B. FORREST
                                                           United States District Judge