UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

UNITED STATES OF AMERICA

         -v-

ROSS WILLIAM ULBRICHT,

                      Defendant.

--------------------------------------------------------------------- X

13-cv-6919 (KBF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 21, 2015

KATHERINE B. FORREST, District Judge:

      The status conference in this action currently scheduled for September 21, 2015,

at 5:15 p.m. is rescheduled for **3:30 p.m.** on the same date.


      SO ORDERED.

Dated:      New York, New York
          September 21, 2015


                              _____
                                KATHERINE B. FORREST
                             United States District Judge