# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ROSS WILLIAM ULBRICHT,<br>Plaintiff,<br>Defendant. | Case No. 13 Civ. 6919(KBF)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ROSS WILLIAM ULBRICHT (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** September 21, 2015

**Signature of Attorney**

**Attorney Bar Code:** 4629614

Form Rule7_1.pdf  SDNY Web 10/2007