USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 22, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
UNITED STATES OF AMERICA :
:
: 13-cv-6919 (KBF)
-v- :
: ORDER
:
ROSS WILLIAM ULBRICHT, :
             Defendant. :
:
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The Court held a status conference in this action on September 21, 2015. As stated at the conference, this action is hereby STAYED pursuant to 18 U.S.C. § 981(g)(2)(A) & § 981(g)(2)(C). The parties shall inform the Court within thirty days of the resolution of the direct appeal to the Second Circuit as to their positions regarding lifting the stay. Timing for any filings pursuant to the Federal Rules of Civil Procedure will resume when the Court lifts the stay.

SO ORDERED.

Dated:     New York, New York
           September 22, 2015

                                         _____
                                         KATHERINE B. FORREST
                                         United States District Judge