```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 5, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                :
UNITED STATES OF AMERICA        :
                :
                :      13-cv-6919 (KBF)
    -v-               :
                :      ORDER
                :
ROSS WILLIAM ULBRICHT,        :
              Defendant.    :
                :
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

      On September 22, 2015, the Court issued an order staying this asset-forfeiture proceeding pending resolution of the direct appeal in the related criminal matter. (ECF No. 38.) On Wednesday, May 31, 2017, the Second Circuit resolved the appeal. United States v. Ulbricht, No. 15-1815, 2017 WL 2345666 (2d Cir. 2017).

      Pursuant to the Court's order of September 22, 2015, the parties shall inform the Court not later than **Friday, June 30, 2017**, as to their positions regarding lifting the stay in this matter.

      SO ORDERED.

Dated:     New York, New York
             June 5, 2017

                                        _____
                                           KATHERINE B. FORREST
                                          United States District Judge