**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        Plaintiff,

-against-                       13 Civ. 6919 (KBF)

**MOTION FOR ADMISSION**

ROSS WILLIAM ULBRICHT,          **PRO HAC VICE**

        Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paul Grant hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Ross William Ulbricht in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 6/20/2017        Respectfully Submitted,

                                Paul Grant

Applicant Signature: /s/ Paul Grant

Applicant's Name: Paul Grant

Firm Name: Law Office of Paul Grant

Address: P.O. Box 2720

City/State/Zip: Parker CO 80134

Telephone/Fax: 303-909-6133

Email: paul_pglaw@yahoo.com