# SUPREME COURT



## State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**PAUL GRANT**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **23rd** day of **October** A.D. **1995** and that at the date hereof the said **PAUL GRANT** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **19th** day of **June** A.D. **2017**

*Christopher T. Ryan*
Clerk

By *Jessica A. DiPare*
Deputy Clerk