UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                     Plaintiff,

-against-

ROSS WILLIAM ULBRICHT,
                     Defendant.

__13__ cv __6919__ ( KBF )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Paul Grant__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Colorado__; and that his/her contact information is as follows (please print):

Applicant's Name: __Paul Grant__

Firm Name: __Law Office of Paul Grant__

Address: __P.O. Box 2720__

City / State / Zip: __Parker CO 80134__

Telephone / Fax: __303-909-6133__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Ross William Ulbricht__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge