```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 20, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                Plaintiff,

-against-

ROSS WILLIAM ULBRICHT,
                Defendant.

13 cv 6919 ( KBF )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __Paul Grant__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Colorado__; and that his/her contact information is as follows (please print):

Applicant's Name: Paul Grant
Firm Name: Law Office of Paul Grant
Address: P.O. Box 2720
City / State / Zip: Parker CO 80134
Telephone / Fax: 303-909-6133

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Ross William Ulbricht__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/20/17

_____
United States District ~~/ Magistrate~~ Judge