USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 31, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
UNITED STATES OF AMERICA                      :
:
:                 13-cv-6919 (KBF)
-v-                        :
:                 ORDER
:
ROSS WILLIAM ULBRICHT,                        :
                  Defendant.         :
:
------------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that the parties shall appear for a scheduling conference in this action on **Friday, October 27, 2017, at 9:00 a.m.**

SO ORDERED.

Dated:     New York, New York
              August 31, 2017

                                                    KATHERINE B. FORREST
                                                    United States District Judge